# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00366-GCM

| | |
|---|---|
| SARA ANN HORNBY, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, | ) |
| Defendants. | ) |

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $8,000.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Suite 390, P.O. Box 669468, Charlotte, North Carolina 28266, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. It is further ordered that Plaintiff shall be paid $400.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

**SO ORDERED**.

Signed: July 24, 2019

Graham C. Mullen
United States District Judge